E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-9332-GHK(AJWx) | Date | MARCH 20, 2013 |
|---|---|---|---|
| Title | PAUL YALNEZIAN vs. WELLS FARGO BANK, N.A. | | |

**Presiding: The Honorable**   GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

(NONE)                                                          (NONE)

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiff Paul Yalnezian (Yalnezian) purports to bring this action "as Principal and President of RIGHT HOME, a California corporation. As such, it appears that Yalnezian is attempting to represent the interests of RIGHT HOME, a corporation. Because Yalnezian is not an attorney, he is precluded from representing the corporate plaintiff in this action, notwithstanding his status as Principal and President of that corporation. See Local Rule 83-2.10.1 ("A corporation . . . may not appear in any action or proceeding pro se.").

While he may proceed in pro se on his own claims, he must have standing to assert any claims in his own name. Because it is totally unclear if Yalnezian and/or RIGHT HOME purport to be the plaintiff(s) in this action, we now direct Yalnezian to **SHOW CAUSE IN WRITING WITHIN 10 DAYS HEREOF**, why this action should not be dismissed because he may not, in pro se, represent the corporation on any claims asserted by it. Moreover, to the extent Yalnezian asserts only his own claims, he shall within the same 10 days file a First Amended Complaint (FAC) deleting all claims of RIGHT HOME, and setting forth claims on which he has standing to raise as an individual. Yalnezian is cautioned that his status as Principal or President of the corporation does not, without more, grant him standing to assert claims of the corporation as his own. Any FAC shall be filed in full compliance with Fed. R. Civ. P. 11. In the alternative, Yalnezian may discharge this Order to Show Cause by causing a duly admitted attorney to appear, within the same 10 days, on the corporation's behalf. If Yalnezian fails to timely and adequately show cause as required herein, such failure shall be deemed his abandonment of this action. In that event, we will dismiss this action without prejudice due to Yalnezian's failure to diligently prosecute and for his violation of our order.

Pending our resolution of this **ORDER TO SHOW CAUSE**, we defer issuance of a scheduling order.

**IT IS SO ORDERED**.

|   | -- | : | -- |
|---|---|---|---|
|   | Initials of Preparer | | Bea |