JS - 6
**FILED: 4/16/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Paul Yalnezian*,<br><br>          **Plaintiff,**<br><br>     v.<br><br>*Wells Fargo Bank, N.A., et. al.*,<br><br>          **Defendants.** | CASE NO. CV 12-9332-GHK (AJWx)<br><br>JUDGMENT |

Pursuant to the Court's April 16, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Paul Yalnezian's claims against Defendants Wells Fargo Bank, N.A. and Chex Systems, Inc. are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: April 16, 2013

_____
GEORGE H. KING
Chief United States District Judge