1
2
3
4                                                          FILED: 5/6/13
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10
11   *Paul Yalnezian*,                    )     **CASE NO. CV 12-9332-GHK (AJWx)**
                                          )
12                    **Plaintiff,**       )     **AMENDED JUDGMENT**
                                          )
13          **v.**                        )
                                          )
14   *Wells Fargo Bank, N.A., et. al.*,    )
                                          )
15                    **Defendants.**      )
     _____)
16

17        Pursuant to the Court's January 8, 2013 Order, IT IS ADJUDGED that Plaintiff

18   Paul Yalnezian's ("Plaintiff") claims against Defendant Chex Systems, Inc. are

19   **DISMISSED with prejudice.**  Pursuant to the Court's April 16, 2013 Order, IT IS

20   ADJUDGED that Plaintiff's claims against Defendant Wells Fargo Bank, N.A. are

21   **DISMISSED without prejudice.**

22

23        **IT IS SO ORDERED**.

24

25        DATED: May 6, 2013

26                                        _____

27                                              GEORGE H. KING
                                          Chief United States District Judge
28