FILED: 5/6/13

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Paul Yalnezian*, | CASE NO. CV 12-9332-GHK (AJWx) |
| Plaintiff, | AMENDED JUDGMENT |
| v. | |
| *Wells Fargo Bank, N.A., et. al.*, | |
| Defendants. | |

Pursuant to the Court's January 8, 2013 Order, IT IS ADJUDGED that Plaintiff Paul Yalnezian's ("Plaintiff") claims against Defendant Chex Systems, Inc. are **DISMISSED with prejudice.** Pursuant to the Court's April 16, 2013 Order, IT IS ADJUDGED that Plaintiff's claims against Defendant Wells Fargo Bank, N.A. are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: May 6, 2013

_____
GEORGE H. KING
Chief United States District Judge